United States District Court
Northern District of California

1

2

3

4                  UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6

7   JAMES PORATH,                          Case No.  20-mc-80089-DMR

            Plaintiff,

8

9        v.                                **SUA SPONTE JUDICIAL REFERRAL
                                           FOR PURPOSES OF DETERMINING
    OFFICE DEPOT, INC.,                     RELATIONSHIP OF CASES**

10

            Defendant.

11

12        On May 21, 2020, this miscellaneous action was transferred from the Southern District of

13   Florida.  [Docket No. 13.]  Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this

14   case to Judge William Alsup to determine whether it is related to *Porath v. Logitech Inc.*, 18-cv-

15   3091-WHA.

16

17

18        **IT IS SO ORDERED.**

19   Dated: May 26, 2020

20                                         _____

21                                              Donna M. Ryu
                                           United States Magistrate Judge

22

23

24

25

26

27

28