UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH,<br><br>        Plaintiff,<br><br>  v.<br><br>LOGITECH INC.,<br><br>        Defendant. | No. 3:18-cv-03091-WHA<br>No. 3:20-mc-80089-WHA<br>No. 3:20-cv-03571-WHA<br><br>**JUDGMENT** |
| JAMES PORATH,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICE DEPOT, INC.,<br><br>        Defendant. | |
| JAMES PORATH,<br><br>        Plaintiff,<br><br>  v.<br><br>LOGITECH INC.,<br><br>        Defendant. | |

1  For the reasons stated in the accompanying order dismissing the above-captioned cases,
2  judgment is entered for defendants Logitech Inc. and Office Depot, Inc. and against plaintiff
3  James Porath.

5  **IT IS SO ORDERED.**

7  Dated: November 30, 2020



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2